**No. 24-5977**

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

HAROLD C. WILLIAMS, JR. , et al.
*Plaintiffs-Appellants,*

v.

LEGACY HEALTH, et al.
*Defendants-Appellees.*

On Appeal from the United States District Court
for the Western District of Washington
No. 3:22-cv-06004-TMC
Hon. Tiffany M. Cartwright

---

## NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT
## NORTHWEST ACUTE CARE SPECIALISTS

---

Kylene Slocum, WSBA #58600
FISHER PHILLIPS
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
(206) 682-2308
kslocum@fisherphillips.com
Withdrawing Attorney for Defendant-
Appellee Northwest Acute Care Specialists

147127498.1

1

TO:        THE CLERK OF THE COURT;

AND TO:    ALL PARTIES OF RECORD AND THEIR COUNSEL.

YOU, AND EACH OF YOU, will please take notice that Kylene Slocum formerly of Lewis Brisbois Bisgaard & Smith LLP hereby withdraws as counsel for Defendant-Appellee NORTHWEST ACUTE CARE SPECIALISTS in the above-entitled action. Benjamin Stone of Lewis Brisbois Bisgaard & Smith LLP remains as counsel for said Defendant-Appellee NORTHWEST ACUTE CARE SPECIALISTS.

Dated: November 4, 2025.

> *s/Kylene Slocum*
> Kylene Slocum, WSBA #58600
> FISHER PHILLIPS
> 1700 Seventh Avenue, Suite 2200
> Seattle, WA 98101
> (206) 682-2308
> kslocum@fisherphillips.com
> Withdrawing Attorney for Defendant-
> Appellee Northwest Acute Care Specialists

147127498.1                                    2

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2025, I electronically filed the foregoing with the Clerk of the U.S. Court of Appeals for the Ninth Circuit using the CM/ECF system, which will send notification of such filing to all attorneys of record listed below:

*Counsel for Appellants:*
Corey Evan Parker, WSBA #40006
The Appellate Law Firm
300 Lenora St., Ste. 900
Seattle, WA 98121
(855) 941-5796
corey@mltalaw.com
dave@mltalaw.com

*Counsel for Plaintiff Harold C. Williams, Jr.*
Tracy Tribbett
PACIFIC JUSTICE INSTITUTE
6404 Three Rivers Drive
Pasco, WA 99301
ttribbett@pji.org

*Counsel for Defendant Legacy Health*
Adam S. Belzberg, WSBA #41022
Aaron R. Doyer, WSBA #60095
Whitney A. Brown
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
206.624.0900
adam.belzberg@stoel.com
Aaron.doyer@stoel.com
whitney.brown@stoel.com
sandra.watanabe@stoel.com
leslie.boston@stoel.com

147127498.1       3

brie.carranza@stoel.com
perette.smith@stoel.com
karen.warne@stoel.com
4273170420@filings.docketbird.com
babette.brewer@stoel.com
docketclerk@stoel.com

Dated November 4, 2025, at Seattle, Washington.

Tammy Weisser, Legal Secretary